NOT YET SCHEDULED FOR ORAL ARGUMENT

U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| American Fuel & Petroleum Manufacturers, et al., <br><br> Petitioners, <br><br> v. <br><br> U.S. Environmental Protection Agency, et al., <br><br> Respondents. | No. 25-1615 |

**EPA's Motion to Hold Case in Abeyance**

Respondents move the Court to hold this case in abeyance for an additional 120 days. Petitioner does not oppose. Movant State Respondent-Intervenor and movant Environmental Respondent-Intervenors take no position.

This petition for review challenges EPA's action titled "California State Nonroad Engine Pollution Control Standards; Commercial Harbor Craft Regulations; Notice of Decision," 90 Fed. Reg. 1998 (Jan. 10, 2025). On April 11, EPA moved to hold this case in abeyance to allow EPA to brief new administration officials about this case and the underlying decision to allow them to decide what action, if any, is necessary. The Court granted that order on May 16, 2025. *See* Dkt. 20.1.

Agency officials are still considering the challenged action. In order to complete that process in an orderly and deliberate way, Respondents request that the Court continue the abeyance for an additional 120 days, with motions to govern due at the end of that period.

Respectfully submitted on August 11, 2025.

> ADAM R.F. GUSTAFSON
> Acting Assistant Attorney General
>
> */s/ Daniel R. Dertke*
> Daniel R. Dertke
> U.S. Department of Justice
> Environment & Natural Res. Div.
> Environmental Defense Section
> P.O. Box 7611
> Washington, D.C. 20044
> (202) 514-0994
> Daniel.Dertke@usdoj.gov

## Certificates of Service and Compliance

I certify that this filing complies with Fed. R. App. P. 27(d)(1)(E) because it uses 14-point Times New Roman, a proportionally spaced font.

I also certify that this motion complies with Fed. R. App. P. 27(d)(2)(A), because by Microsoft Word's count, it has 151 words, excluding the parts exempted under Fed. R. App. P. 32(f).

Finally, I certify that on August 11, 2025, I filed the foregoing with the Court's CMS/ECF system, which will notify each represented party.

*/s/ Daniel R. Dertke*
Daniel R. Dertke