NOT YET SCHEDULED FOR ORAL ARGUMENT

U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| American Fuel & Petroleum Manufacturers, et al.,<br><br>        Petitioners,<br><br>    v.<br><br>U.S. Environmental Protection Agency, et al.,<br><br>        Respondents. | No. 25-1615 |

**EPA's Motion to Hold Case in Abeyance**

Respondents move the Court to hold this case in abeyance for an additional 120 days. Petitioners consent. Movant State Respondent-Intervenor and movant Environmental Respondent-Intervenors take no position.

This petition for review challenges EPA's action announced in a Federal Register notice titled "California State Nonroad Engine Pollution Control Standards; Commercial Harbor Craft Regulations; Notice of Decision," 90 Fed. Reg. 1998 (Jan. 10, 2025). On April 11, 2025, EPA moved to hold this case in abeyance to allow EPA to brief new administration officials about this case and the underlying decision to allow them to decide what action, if any, is necessary. EPA

moved to extend the abeyance on August 11, 2025, December 9, 2025, and April 7, 2026. The Court granted all four motions. *See* Dkts. 20.1, 24.1, 26.1, 30.1.

On July 22, 2026, EPA transmitted the challenged action to Congress in accordance with the Congressional Review Act, 5 U.S.C. § 801 et seq. Therefore, Respondents request that the Court continue the abeyance for an additional 120 days, with motions to govern due at the end of that period.

Respectfully submitted on August 6, 2026.

> ADAM R.F. GUSTAFSON
> Principal Deputy Assistant Attorney
> General
>
> *    /s/ Jeffrey Hughes    *
> Jeffrey Hughes
> U.S. Department of Justice
> Environment & Natural Resources
> Division
> P.O. Box 7611
> Washington, D.C. 20044
> (202) 532-3080
> jeffrey.hughes@usdoj.gov

## Certificate of Compliance

I certify that this filing complies with Fed. R. App. P. 27(d)(1)(E) because it uses 14-point Times New Roman, a proportionally spaced font.

I also certify that this motion complies with Fed. R. App. P. 27(d)(2)(A), because by Microsoft Word's count, it has 178 words, excluding the parts exempted under Fed. R. App. P. 32(f).

*/s/ Jeffrey Hughes*
Jeffrey Hughes